NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JROKTON DOMINQUE WILLIAMS,          )
                                    )
              Appellant,            )
                                    )
v.                                  )          Case No. 2D17-1004
                                    )
STATE OF FLORIDA,                   )
                                    )
              Appellee.             )
_____ )

Opinion filed September 12, 2018.

Appeal from the Circuit Court for Pasco
County; Pat Siracusa, Judge.

Joseph A. Caimano, Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jason M. Miller and
Katherine Coombs Cline, Assistant
Attorneys General, Tampa, for Appellee.


PER CURIAM.


              Affirmed.


KHOUZAM, SLEET, and BADALAMENTI, JJ., Concur.